1  Aaron P. Minnis, Esq. (SBN202935)
   Sonya L. Smallets, Esq. (SBN226190)
2  Sean D. McHenry, Esq. (SBN284175)
   MINNIS & SMALLETS LLP
3  369 Pine Street, Suite 500
   San Francisco, CA 94104
4  T: (415) 551-0885
   F: (415) 683-7157
5  E: aaron@minnisandsmallets.com

6  Attorneys for Plaintiff
   CHARLOTTE SIEGFRIED

7  Lisa G. Lawson, Esq. (SBN169503)
   Scott G. Lawson, Esq. (SBN174671)
8  PENNINGTON LAWSON LLP
   44 Montgomery Street, Suite 2400
9  San Francisco, CA 94104
   T: (415) 484-4343
10 F: (415) 480-6706
   E: lisalawson@penningtonlawson.com
11
   Attorneys for Defendants,
12 SIERRA-CEDAR, INC. and CEDARCRESTONE, INC.

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
4/24/15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHARLOTTE SIEGFRIED, | **Case No.:** C 14-05078 YGR |
| PLAINTIFF, | STIPULATION OF DISMISSAL |
| vs. | |
| SIERRA-CEDAR, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS SIERRA-CEDAR IT SERVICES, INC.; CEDARCRESTONE, INC.; & DOES 1 THROUGH 10, INCLUSIVE, | Judge: Hon. Yvonne Gonzalez Rogers<br>Courtroom: 1 – 4th Floor<br>Complaint filed: September 26, 2014 |
| DEFENDANTS. | |

-1-

1  IT IS HEREBY STIPULATED by and between the parties to this action
2  through their designated counsel that the above-captioned action be and
3  hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

**DATED:** March 16, 2015        MINNIS & SMALLETS LLP

                    by:  /s/ Aaron P. Minnis
                        AARON P. MINNIS, ESQ.
                        Attorneys for Plaintiff
                        CHARLOTTE SIEGFRIED

**DATED:** March 16, 2015        PENNINGTON LAWSON LLP

                    by:  /s/ Lisa G. Lawson
                        LISA G. LAWSON, ESQ.
                        Attorneys for Defendants,
                        SIERRA-CEDAR, INC. and
                        CEDARCRESTONE, INC.

STIPULATION OF DISMISSAL
Case No. C 14-05078 YGR